452 A.2d 556

First Penna. Bank, N.A. v. Elliott, Appellants.

Reargument Denied Dec. 10, 1982.

Petition for Allowance of Appeal
Denied Jan. 20, 1982.

Argued September 10, 1981.   Steven E. Angstreich, for appellants;   John A. Van Luvanee, for appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Order affirmed.